# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
# for
# the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Alonso Fontes-Verdugo**

Case Number: **2:16CR00376**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **July 16, 2018**

Original Offense:   **Ct. 1:  Deported Alien Found Unlawfully in the United States**
**Ct. 2:  Felon in Possession of Firearm**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **August 16, 2018**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **The defendant shall not unlawfully commit another federal, state or local crime.**

   On April 21, 2021, Homeland Security found the Mr. Fontes-Verdugo unlawfully in Clark County, Nevada. As a result, he has been indicted in federal court for the following criminal conduct:  Deported Alien Found in the United States, in violation of 8 U.S.C. 1326(a) and (b).

2. **The Defendant shall not unlawfully possess a controlled substance.**

   On April 21, 2021, the Las Vegas Metropolitan Police Department executed a search warrant on a residence and a vehicle in Clark County, Nevada.  Officer's contacted the

RE: Alonso Fontes-Verdugo

Prob12C
D/NV Form
Rev. March 2017

offender who identified himself as "Carlos Lopez". He reported that he had never been previously arrested or deported, and that he had been living at the residence for approximately a year.

The search of the residence resulted in law enforcement seizing plastic baggies containing methamphetamine, miscellaneous pills, digital scales with residue and purported heroin. Secreted inside a door panel of the offender's vehicle were additional baggies of methamphetamine.

Law enforcement officials arrested the Fontes-Verdugo known to them being "Ivan Nieblas". He has subsequently been charged in Clark County, Justice Court for the following crimes: Ct. 1: Trafficking in Controlled Substance, in violation of NRS: 453.3385.1a, and Ct. 2: Possession of Controlled Substance with Intent to Sell; in violation of NRS: 453.337.2a. Case number for the above-mentioned charges are Case is 21-CR-019027.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 4, 2021**

_____
Scott Phillips
Senior U.S. Probation Officer

Digitally signed by Scott Phillips
Date: 2021.06.07 11:39:43 -07'00'

Approved:

2021.06.07
07:51:04 -07'00'

_____
Joy Gabonia
Supervising U.S. Probation Officer

RE: Alonso Fontes-Verdugo

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

- ☐ No Action.
- ☑ The issuance of a warrant.
- ☐ The issuance of a summons.
- ☐ Other:

_____
RICHARD F. BOULWARE, II
United States District Judge

June 7, 2021
_____
Date

RE: Alonso Fontes-Verdugo

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ALONSO FONTES-VERDUGO, 2:16CR00376

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 4, 2021

Mr. Fontes-Verdugo is an illegal alien who has previously been removed from the United States on June 1, 2007, December 29, 2011 and August 21, 2018. His presentence report reflects him using multiple prior alias's.

His conviction history consists of:

3. 03/07/2007: Knowingly Possess Identification Document, Authentication Feature, or False Identification Document with Intent to Defraud the United States.
4. 07/08/2010: Sale of Controlled Substance and Transport of Controlled Substance
5. 07/11/2011: Deported Alien Found Unlawfully in the United States.

Despite his prior removals and subsequent continued illegal reentry and his involvement in crime, the undersigned believes he is a risk of danger and flight and should remain in custody pending the final resolution of this matter.

Respectfully submitted,

Digitally signed by Scott Phillips
Date: 2021.06.07 11:40:02 -07'00'

Scott Phillips
Senior U.S. Probation Officer

Approved:

2021.06.07
07:51:22 -07'00'

Joy Gabonia
Supervising U.S. Probation Officer