RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Alonso Fontes-Verdugo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALONSO FONTES-VERDUGO,<br><br>    Defendant. | Case No. 2:16-cr-00376-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Alonso Fontes-Verdugo, that the Revocation Hearing currently scheduled on September 16, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

   This Stipulation is entered into for the following reasons:

   1.   The supervised release petition alleges a new violation which is pending before Magistrate Judge Weksler in Case No. 2:21-mj-415-BNW. Defense counsel cannot proceed on the current revocation hearing without resolving the new case. The new case is currently set for a preliminary hearing on September 7, 2021.

2. Defense counsel requires time to review the discovery in the new case before deciding how to proceed here.

3. Absent any pretrial suppression or dismissal motions in the new case, the parties intend to work towards a global fast track resolution which would resolve both pending cases.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 31st day of August, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Jawara Griffin<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ALONSO FONTES-VERDUGO,<br><br>       Defendant. | Case No. 2:16-cr-00376-RFB<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 16, 2021 at 9:00 a.m., be vacated and continued to November 18, 2021 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

DATED this 1st day of September, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE