RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Alonso Fontes-Verdugo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALONSO FONTES-VERDUGO,<br><br>  Defendant. | Case No. 2:16-cr-00376-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Alonso Fontes-Verdugo, that the Revocation Hearing currently scheduled on December 2, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense is attempting to work out a global resolution for Mr. Verdugo's two matters.

2. Defense Counsel had to have several documents translated and sent to Mr. Verdugo. The documents have recently been translated and sent to Mr. Verdugo.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 29th day of November, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Jawara Griffin<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALONSO FONTES-VERDUGO,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00376-RFB<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, December 2, 2021 at 11:00 a.m., be vacated and continued to  January 6, 2022  at the hour of  11 00   a .m.; or to a time and date convenient to the court.

　　　DATED this  30th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE